# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 20, 2022

## NO. 03-21-00617-CV

### C. C., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY**
**BEFORE JUSTICES BAKER, KELLY, AND SMITH**
**AFFIRMED IN PART; REVERSED AND REMANDED IN PART --**
**OPINION BY JUSTICE SMITH;**
**CONCURRING AND DISSENTING OPINION BY JUSTICE BAKER**

This is an appeal from the judgment signed by the trial court on August 25, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment to the extent it terminates C.C.'s parental right on the basis that termination is in the child's best interest. The judgment is affirmed in all other respects. We remand the cause to the trial court for a new trial consistent with this Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.